By the Court.
 

 Although it may be allowed, that the legislature is not bound to the same strictness, that is required in the descriptions of all indictments ; yet, we are inclined to think, that the executive council is so bound. Even in the case of a pax-don, if the person intended to be benefited were named of a wrong township, the effect of the pardon would be ex-tx-emely doubtful.
 

 On the present occasion, though Joshua Buffington of
 
 East
 
 Bradford was called upon to surrender himself ; yet, Joshua Buffington of
 
 West
 
 Bradford certainly was not; and there is ground for a px-esumption, that the prisoner did not think he was the immediate object of the proclamation. The court are, therefore, of opinion, that the indentity is not sufficiently established.
 

 The jury found a verdict, upon the issue, in favor of the defendant; and he was thei-eupon discharged. In September 1782, he was tried for the offences alleged against him, and was acquitted. But the court ordered him to give security to be of good behaviox-, and keep the peace, during the war with Great Britain,
 

 (a)
 

 (a)
 

 See Respublica v. Doan,
 
 post,
 
 p. 86; Respublica
 
 v.
 
 Steele, 2 Dall. 92.